IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SCF LEWIS AND CLARK FLEETING LLC, FOR EXONERATION FROM OR LIMITATION OF, LIABILITY,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JOHNSON,<br><br>Claimant. | Case No. 3:23-cv-02901-RJD |

**ORDER DISSOLVING INJUNCTION**

This is a Limitation of Liability Act proceeding.  *See* 46 U.S. C.§§ 30501-30512.  At all relevant times, SCF Lewis and Clark Fleeting LLC ("SCF") owned or was the owner pro hac vice of the motor vessel Ernie T. Wellhausen and employed Tyler Johnson as a deckhand.  Doc. 1, ¶¶2, 7.  SCF seeks exoneration from, or limitation of liability from, all claims resulting from injuries allegedly sustained by Tyler Johnson on July 26, 2020.  *Id*., ¶¶20, 21.  SCF believes that the value of the Ernie T. Wellhausen on July 26, 2020 did not exceed $800,000.00.  *Id*., ¶12.  Pursuant to Rule F of the Federal Supplemental Rules for Admiralty or Maritime Claims, the undersigned enjoined any claims arising out of the July 26, 2020 incident.  Doc. 9.  The only claimant to appear in this matter is Tyler Johnson, who had previously filed Case No. 2023-LA-936 against SCF in the Circuit Court of Madison County, Illinois.  Doc. 13; Doc. 24.

Claimant Johnson now moves to dissolve the injunction so that he can pursue remedies against SCF in state court.   Doc. 14.  Courts outside the limitation proceeding may adjudicate claims against the limitation fund "so long as the vessel owner's right to seek limitation of liability is protected."  *Lewis v. Lewis & Clark Marine, Inc.*, 531 U.S. 438, 455 (S.Ct.2001).  Because Tyler

Johnson is the only claimant, and because he has conceded that he will not make any *res judicata* argument if SCF argues its maximum liability in this Court, Johnson's substantive claim against SCF may proceed in state court.  *Roen Salvage Co. v. Sarter,* 17 F.4th 761, 763 (7th Cir. 2021).

Accordingly, the injunction of August 28, 2023 (Doc. 9) is DISSOLVED.  If the Circuit Court of Madison County, Illinois awards Tyler Johnson damages in excess of $800,000.00 for his claim against SCF relating to the incident that occurred on July 26, 2020, then this Court will determine SCF's liability and the Madison County Circuit Court's damages award will not have *res judicata* effect in this Court.  *Id*. at 764.   In the meantime, this case is STAYED.  SCF shall file a status report on February 26, 2025 regarding the progress of Madison County Case No. 2023-LA-936.

**IT IS SO ORDERED.**

**DATED: August 26, 2024**

*s/ Reona J. Daly*
**Hon. Reona J. Daly
United States Magistrate Judge**